# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | No. 465 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| MARIANNE MEHALSHICK AND MICHAEL MEHALSHICK | : | |
| | : | |
| PETITION OF: MARIANNE MEHALSHICK | : | |
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | No. 466 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| MARIANNE MEHALSHICK AND MICHAEL MEHALSHICK | : | |
| | : | |
| PETITION OF:  MARIANNE MEHALSHICK | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.